RALPH J. MARRA, JR.
Acting United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2736
Fax. 973-645-3210
email: LEAH.BYNON@usdoj.gov
LAB0321
(FLU:VC)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **KAREEM HERRILL,** *Defendant,* and **DEPARTMENT OF TREASURY, and its successors or assigns,** *Garnishee.* | Hon. FAITH S. HOCHBERG<br><br>**CRIMINAL No. 04-280**<br><br>**APPLICATION AND ORDER FOR WRIT OF GARNISHMENT** |

The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, Kareem Herrill, social security number *******3224, whose last known address is Newark, NJ 07104 in the above cited action in the amount of $12,600.00, plus interest at the rate of 0% per annum and penalties.

The total balance due and owing as of June 10, 2009 is $6,063.16.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from June 10, 2009, and debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property in which Kareem Herrill has a substantial non-exempt interest. More specifically, the Garnishee is a financial institution which is believed to have in its custody, control, or possession, property belonging to the judgment debtor, Kareem Herrill.

The name and address of the Garnishee or his authorized agent is:

> Department of Treasury
> Division of Pensions and Benefits
> PO Box 295
> Trenton, NJ 08625-0295

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Garnishment.

> RALPH J. MARRA, JR.
> Acting United States Attorney
>
> By: LEAH A. BYNON
> Assistant U.S. Attorney

IT IS, on this _____ day of _____, 2009,

**ORDERED**, that the Clerk of the Court shall issue the Writ of Garnishment.

HON. FAITH S. HOCHBERG, JUDGE
UNITED STATES DISTRICT COURT

RALPH J. MARRA, JR.
Acting United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2736
Fax. 973-645-3210
email: LEAH.BYNON@usdoj.gov
LAB0321
(FLU:VC)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　*Plaintiff,*<br>v.<br><br>KAREEM HERRILL,<br><br>　　　　　　　　　　　　*Defendant,*<br>　　and<br><br>DEPARTMENT OF TREASURY,<br>**and its successors or assigns,**<br><br>　　　　　　　　　　　　*Garnishee.* | Hon. FAITH S. HOCHBERG<br><br>CRIMINAL No. 04-280<br><br>WRIT OF GARNISHMENT |

GREETINGS TO:　　Department of Treasury
　　　　　　　　　　Division of Pensions and Benefits
　　　　　　　　　　PO Box 295
　　　　　　　　　　Trenton, NJ 08625-0295

　　An Order Granting Application of the United States for a Writ of Garnishment against the property of Kareem Herrill, defendant, has been filed with this Court. A judgment has been entered against the above-named defendant in the amount of $12,600.00, plus interest and penalties, computed through June 10, 2009.

　　You are required to begin withholding in accordance with this garnishment from the date

you were served with these papers.

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or possession, any property in which has a substantial non-exempt interest. You must state the amounts you anticipate owing Kareem Herrill in the future.

You must file the original written answer to this writ within ten (10) days of your receipt of this writ with the United States District Clerk at: KING Federal Courthouse, 50 WALNUT STREET, NEWARK, N.J. 07102. Additionally, you are required by law to serve a copy of this writ upon the debtor and upon the United States Attorney, Financial Litigation Unit, 970 Broad Street, 7th Floor, Newark, NJ 07102.

Under the law, there is property which is exempt from this Writ of Garnishment. Property which is exempt and which is not subject to this order is listed on the attached Claim for Exemption form.

If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the defendant any item attached by this writ.

DATED: 7-28-09

WILLIAM T. WALSH
UNITED STATES DISTRICT COURT CLERK

By: _____
DEPUTY CLERK

RALPH J. MARRA, JR.
Acting United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2736
Fax. 973-645-3210
email: LEAH.BYNON@usdoj.gov
LAB0321
(FLU:VC)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　　　*Plaintiff,*<br>v.<br><br>**KAREEM HERRILL,**<br><br>　　　　　　　　　　*Defendant,*<br>and<br><br>**DEPARTMENT OF TREASURY,**<br>**and its successors or assigns,**<br><br>　　　　　　　　　　*Garnishee.* | Hon. **FAITH S. HOCHBERG**<br><br>**CRIMINAL No. 04-280**<br><br><br>**CLERK'S NOTICE OF**<br>**POST-JUDGMENT**<br>**GARNISHMENT** |

**TO THE ABOVE-NAMED DEFENDANT AND ALL OTHER PERSONS INTERESTED:**

　　　　You are hereby notified that property in the possession, custody, or control of Department of Treasury, in which you have an interest, is being taken by the United States of America which has a Court judgment in CRIMINAL No. 04-280 in the sum of $12,600.00. A balance of $6,063.16 remains outstanding.

　　　　In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if Kareem Herrill can show that the exemptions apply. Attached is a summary of the exemptions which are applicable.

　　　　If you are Kareem Herrill you have a right to ask the court to return your property to you if you think you do not owe the money to the Government that it says you do, or if you think the property the Government is taking qualifies under one of the above exemptions.

　　　　The instructions for objection to the Answer of the Garnishee and for obtaining a hearing on the objections are set forth in the "Notice of Garnishment and Instructions to the Above-named