PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kareem Herrill                                                                                          Cr.: 04-CR-280-01
                                                                                                                          PACTS Number: 39181

Name of Sentencing Judicial Officer: Faith S. Hochberg

Date of Original Sentence: 03/27/07

Original Offense: Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine, U.S.C. 21 §§ 846 & 841 (a)(1) & (b)(2)(B)

Original Sentence: 80 months imprisonment; 5 years Supervised Release

Type of Supervision: Supervised Release                                                                    Date Supervision Commenced: N/A

## PETITIONING THE COURT

[ ]   To extend the term of supervision for            Years, for a total term of           Years.
[X]   To modify the conditions of supervision as follows.  The addition of the following special condition(s):

ALCOHOL/DRUG TESTING AND TREATMENT

You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.

## CAUSE

The offender is presently incarcerated at the FCC Petersburg Low Federal Prison and is currently participating in the residential drug abuse program. He feels that aftercare treatment will be beneficial to him upon his release to supervision.

Respectfully submitted,

By: Luis R. Gonzalez
Senior U.S. Probation Officer

Date: 12-8-10

---

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

12/30/10
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW JERSEY

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

ALCOHOL/DRUG TESTING AND TREATMENT

You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.

Witness: _____  Signed: _____
Senior U.S. Probation Officer        Probationer or Supervised Releasee
Luis R. Gonzalez                     Kareem Herrill

12-13-2010
DATE